UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

PHILLIP BARBER,                                )
                                               )
                    Plaintiff,                 )
                                               )
            v.                                 )        No. 1:25-cv-01982-TWP-MJD
                                               )
EXPERIAN INFORMATION SOLUTIONS, INC, )
EQUIFAX INFORMATION SERVICES, LLC,   )
TRANS UNION, LLC,                              )
AMERICAN EXPRESS COMPANY,                      )
                                               )
                    Defendants.                )

**ORDER**

This matter is before the Court on Plaintiff's Motion for Extension of Time to Respond to

Defendant Experian Information Solutions, Inc's Motion to Compel Arbitration. [Dkt. 65.]  The

Court, being duly advised, hereby **GRANTS** the motion.  Plaintiff shall respond to Experian's

Motion to Compal Arbitration [Dkt. 59] on or before **June 3, 2026**.

SO ORDERED.

Dated:  28 MAY 2026        _____

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.