**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| PHILLIP BARBER,<br>          Plaintiff, | CASE NO. 1:25-cv-01982-TWP-MJD |
| vs. | Chief Judge Tanya Walton Pratt<br>Magistrate Judge Mark J. Dinsmore |
| EXPERIAN INFORMATION SOLUTIONS,<br>INC.; EQUIFAX INFORMATION SERVICES<br>LLC; TRANS UNION LLC; and AMERICAN<br>EXPRESS COMPANY;<br>          Defendants. | |

**DEFENDANT TRANS UNION LLC'S UNOPPOSED MOTION TO**
**EXCUSE CORPORATE OFFICER ATTENDANCE REQUIREMENT**

Defendant Trans Union LLC ("Trans Union") submits its Unopposed Motion to Excuse Corporate Officer Attendance Requirement at the telephonic Settlement Conference scheduled for June 12, 2026, at 9:00 a.m. EST before Magistrate Judge Mark J. Dinsmore. In support hereof, Trans Union states as follows:

1.      On February 5, 2026, the Court entered an Order setting a Settlement Conference in this case for June 12, 2026, at 9:00 a.m. EST. ECF No. 42. The Order provides that "clients or client representatives with complete authority to negotiate and communicate a settlement shall attend the settlement conference along with their counsel." *Id*. The stated purpose of this requirement is "to have in attendance a representative who has the authority to exercise discretion to settle the case during the settlement conference without consulting someone else who is not present." *Id.*

2.      The Order also requires the attendance of "an officer (President, Vice President, Treasurer, Secretary, CFO, CEO or COO) of every corporate entity that is a party" unless excused by written order of the Court. *Id.*

3.      Trans Union respectfully requests this Court excuse Trans Union from the corporate officer attendance requirement and requests leave for its in-house Litigation Counsel or experienced Litigation Support Representatives (collectively "Trans Union's Settlement Conference Representatives") to appear as its corporate representative at the upcoming Settlement Conference. Trans Union's Settlement Conference Representatives have been employed by or worked with Trans Union for years, appearing as representatives at hearings and in numerous settlement conferences in other matters, including those involving Plaintiff's counsel, and they are both familiar with these proceedings and vested with full authority to reach a binding settlement in this matter, up to the Plaintiff's latest demand, without the need to consult with anyone not present. Trans Union's Settlement Conference Representatives have significantly more experience dealing directly with similar matters than any officer of Trans Union that was referenced in the Order.

4.      In light of Trans Union's Settlement Conference Representatives experience, role, and settlement authority, Trans Union requests that the Court excuse the requirement of the attendance of a corporate officer. Trans Union's Settlement Conference Representatives participation will enable Trans Union to more effectively engage in settlement discussions and make its best efforts to achieve an amicable resolution of this case, without any delay or disruption to the Settlement Conference.

5.      Plaintiff's counsel has confirmed that he does not oppose this Request.

6.    Trans Union's request is made in good faith and not for any improper purpose.

Further, no party will be prejudiced by granting Trans Union's request.

WHEREFORE, Trans Union respectfully requests that the Court excuse the attendance of

a corporate officer at the upcoming Settlement Conference and allow Trans Union's Settlement

Conference Representatives to appear on its behalf at the Settlement Conference.

Respectfully submitted,


*/s/Cassidy R. Hendrickson*
Cassidy R. Hendrickson, Esq. (IN# 37712-41)
Quilling, Selander, Lownds, Winslett
 & Moser, P.C.
10333 North Meridian Street, Suite 200
Indianapolis, IN 46290
Telephone:  (317) 497-5600, Ext. 604
Fax:  (317) 899-9348
E-Mail:  cassidy.hendrickson@qslwm.com

*Counsel for Defendant Trans Union LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **29ᵗʰ day of May, 2026**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| Elizabeth A. Wells, Esq. <br> beth@burdgelaw.com | Jonathan Raburn, Esq. <br> jraburn@raburnkaufman.com |
| Kyle Kaufman, Esq. <br> kkaufman@raburnkaufmanc.com | Anne L. Cowgur, Esq. <br> acowgur@paganelligroup.com |
| Sylas A. Kern, Esq. <br> skern@seyfarth.com | Hans W. Lodge, Esq. <br> hlodge@bm.net |
| Monica S. McCoskey, Esq. <br> monica@paganelligroup.com | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **29ᵗʰ day of May, 2026** properly addressed as follows:

| | |
|---|---|
| None. | |

/s/Cassidy R. Hendrickson
Cassidy R. Hendrickson, Esq. (IN# 37712-41)
Quilling, Selander, Lownds, Winslett
 & Moser, P.C.
10333 North Meridian Street, Suite 200
Indianapolis, IN 46290
Telephone:  (317) 497-5600, Ext. 604
Fax:  (317) 899-9348
E-Mail:  cassidy.hendrickson@qslwm.com

*Counsel for Defendant Trans Union LLC*