**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| PHILLIP BARBER,<br><br>     Plaintiff,<br><br>  v.<br><br>EXPERIAN INFORMATION SOLUTIONS,<br>INC., EQUIFAX INFORMATION<br>SERVICES, LLC, TRANS UNION, LLC., and<br>AMERICAN EXPRESS COMPANY.<br><br>     Defendants. | Case No.: 1:25-cv-01982-TWP-MJD |

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S UNOPPOSED
MOTION TO EXCUSE CORPORATE OFFICER ATTENDANCE REQUIREMENT**

Defendant Experian Information Solutions, Inc. ("Experian") respectfully submits this Motion to Excuse Corporate Officer Attendance Requirement at the Zoom Settlement Conference scheduled for June 12, 2026 at 9:00 a.m. ET before Magistrate Judge Mark Dinsmore. In support hereof, Experian states as follows.

1. On February 5, 2026, the Court entered an Order setting a Settlement Conference in this case for June 12, 2026 at 9:00 a.m. EDT. (*See* ECF No. 42.) The Order provides that "clients or client representatives with complete authority to negotiate and communicate a settlement shall attend the settlement conference along with their counsel." (*Id.*) The stated purpose of this requirement is "to have in attendance a representative who has the authority to exercise discretion to settle the case during the settlement conference without consulting someone else who is not present." (*Id.*)

2. The Order also requires the attendance of "an officer (President, Vice President, Treasurer, Secretary, CFO, CEO, or COO) of every corporate entity that is a party" unless excused

- 1 -

by written order of the Court. (*Id.*)

3.      Experian respectfully requests this Court excuse Experian from the corporate officer attendance requirement and allow for Experian's corporate officer instead to be available by telephone for the duration of the settlement conference.

4.      Experian will have a client representative present with complete authority to negotiate and communicate a settlement, along with counsel for Experian, who will be both familiar with these proceedings and vested with full authority to reach a binding settlement in this matter, up to the Plaintiff's latest demand, without the need to consult with anyone not present. This representative will be one who routinely appears and settles cases at settlement conference in similar matters.

5.      On May 12, 2026, the Court granted a similar request from Defendant Equifax Information Services LLC ("Equifax"), whereby the Court excused having an officer of the corporation present so long as (1) it was "represented, in person, during the telephonic settlement conference by an individual, other than its counsel of record in this case, with the complete, independent and discretionary authority to settle the case, in the representative's sole discretion, for an amount up to the Plaintiff's most recent settlement demand"; (2) "an individual must be present, in person, for the settlement conference with the authority to execute any and all settlement documents on behalf of [Equifax]"; and (3) "a corporate officer of [Equifax] must be available by telephone during the course of the settlement conference in the event their participation in the conference is deemed necessary by the Magistrate Judge." (ECF No. 63 at 1-2.)

6.      Experian will have a client representative present, other than its counsel of record, with complete, independent, and discretionary authority for an amount up to the Plaintiff's most recent settlement demand, and this client representative will have the authority to execute any and

all settlement documents on behalf of Experian.

7.     Additionally, Experian will have available by telephone during the course of the settlement conference a corporate officer in the event their participation in the conference is deemed necessary by the Court.

8.     Plaintiff's counsel has confirmed that he does not oppose this Motion.

9.     Experian's Motion is made in good faith and not for any improper purpose. Further, no party will be prejudiced by granting Experian's Motion.

WHEREFORE, Experian respectfully requests that the Court excuse the attendance of a corporate officer at the upcoming Settlement Conference and allow Experian's corporate officer to be available by telephone.

Dated: June 3, 2026                                    Respectfully submitted,


*/s/ Monica S. McCoskey*
Monica S. McCoskey (IN 36892-53)
PAGANELLI LAW GROUP
10401 N. Meridian St
Suite 450
Indianapolis, IN 46290
Telephone:     +1.317.550.1855
Facsimile:     +1.317.569.6016
monica@paganelligroup.com

Anne L. Cowgur (IN 21584-49)
PAGANELLI LAW GROUP
10401 N. Meridian St
Suite 450
Indianapolis, IN 46290
Telephone:     +1.317.550.1855
Facsimile:     +1.317.569.6016
acowgur@paganelligroup.com

*Counsel for Defendant Experian Information Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 3, 2026, I electronically filed the foregoing with the Clerk of the Court via CM/ECF system, which will send notification to all counsel of record.

/s/ *Monica S. McCoskey*
Monica S. McCoskey