**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

PHILLIP BARBER

                Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS,
INC, et al

                Defendants.

Civil Action No. 1:25-cv-01982-TWP-MJD

**NOTICE OF INTENT TO FILE**

**NOW COMES** Plaintiff, Phillip Barber, who files this Notice. Plaintiff and Defendant Experian Information Solutions, Inc., ("Experian") have reached an agreement regarding the pending Motion to Compel Arbitration and will file a Joint Stipulation detailing the agreement the parties have come to. Both parties will be in attendance for the upcoming Settlement Conference held by the court on Friday, June 12, 2026, at 9:00 am EST.

Dated: June 4, 2026

Respectfully submitted,

*/s/Jonathan Raburn*
Jonathan Raburn
ATTORNEY FOR PLAINTIFF
Louisiana Bar Roll No. 28728
Raburn Kaufman, LLC
6108 Siegen Lane, Suite B
Baton Rouge, Louisiana 70809
jraburn@raburnkaufman.com
Telephone: 225-412-2777

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that on the 4th of June 2026, I electronically filed the foregoing

with the Clerk of Court using CM/ECF, which will serve a copy of the aforesaid via Notice of

Electronic Filing upon all parties of record.

*/s/Jonathan Raburn*
Jonathan Raburn
ATTORNEY FOR PLAINTIFF