**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

PHILLIP BARBER

                    Plaintiff,                       CASE NO. 1:25-cv-01982

  v.

EXPERIAN INFORMATION SOLUTIONS,
INC. et. al

                    Defendants.

## PLAINTIFF'S DESIGNATION OF EXPERT

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

COMES NOW Plaintiff, Phillip Barber, pursuant to FED. R. CIV. P. 26, designates and discloses the following person as expert witness at trial to present evidence under Rule 701, 703, or 705 of the Federal Rules of Evidence.

**I.**

## EXPERT WITNESS

Plaintiff will call to testify the following retained expert witnesses at trial to present expert and opinion testimony based on his expertise, training, and specialized knowledge:

Dr. Robert M. Gordon, Ph.D. ABPP
Osprey, FL
rmgordonphd@gmail.com

Dr. Robert Gordon is an accredited Clinical and Forensic Psychologist with the authority to practice Interjurisdictional Telepsychology. Dr. Gordon has been a practicing psychologist and psychoanalyst for almost fifty years, authoring over forty different academic journal articles and entire academic works on various psychological topics. Dr. Gordon has taught subjects such as

1

clinical and forensic assessment, psychopathology, and psychodynamic psychotherapy to individuals at multiple domestic universities, as well as at multiple international institutions. He has been elected as a governing council member for the American Psychological Association on two separate occasions to represent psychologists in the state of Pennsylvania. Dr. Gordon's experience in the psychological field has provided him with extensive knowledge of the psychological effects traumatic and difficult experiences can have on an individual. Dr. Gordon has been deposed four hundred and fifty times (450) and has testified at trial five hundred and fifty times (550).

Dr. Gordon will be testifying as to his opinions contained in his expert report directly regarding the mental and emotional damages incurred by Plaintiff as a result of the Defendants' conduct contained in the current Complaint in this matter.

**II.**

Plaintiff further reserves the right to elicit opinions and expert testimony from the person listed in the preceding paragraph as to any knowledge of relevant facts that they may have related to liability and/or  the damages at issue in this case. If any fact witness is qualified to express an opinion relevant to this case, Plaintiff reserves the right to elicit that opinion, even though the designated fact witness may have been specifically retained as an expert by a party in this case.

**III.**

Plaintiff also designates each expert who will be designated by each party to this litigation.

**IV.**

Plaintiff reserves the right to elicit expert testimony from expert witnesses and fact witnesses later identified and discovered by all parties hereto, preserving the right to supplement this designation as additional discovery is conducted or as additional issues requiring expert testimony may arise.

**V.**

Furthermore, Plaintiff reserves the right to call rebuttal expert witnesses of which the need for their testimony cannot be anticipated at this time. Therefore, the subject matter of their testimony cannot be anticipated at this time.

Dated: June 5, 2026

Respectfully submitted,

*/s/Jonathan Raburn*
Jonathan Raburn
ATTORNEY FOR PLAINTIFF
Louisiana Bar Roll No. 28728
Raburn Kaufman, LLC
6108 Siegen Lane, Suite B
Baton Rouge, Louisiana 70809
jraburn@raburnkaufman.com
Telephone: 225-412-2777

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of June 2026, I electronically filed foregoing with the clerk of court using the CM/ECF system which will send notification of such filing to the attorneys on record.

*/s/ Jonathan Raburn*
Jonathan Raburn
ATTORNEY FOR PLAINTIFF

3