UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

PHILLIP BARBER,                                      )
                                                     )
                       Plaintiff,                    )
                                                     )
           v.                                        )        No. 1:25-cv-01982-TWP-MJD
                                                     )
EXPERIAN INFORMATION SOLUTIONS, INC, )
EQUIFAX INFORMATION SERVICES, LLC,     )
TRANS UNION, LLC,                                    )
AMERICAN EXPRESS COMPANY,              )
                                                     )
                       Defendants.                   )

**ORDER**

This matter comes before the Court on Defendant Trans Union, LLC's Motion to Excuse Corporate Officer Attendance Requirement for the telephonic settlement conference scheduled on June 12, 2026.  [Dkt. 67.] The motion seeks relief from the Court's requirement that "unless excused by written order of the court,…an officer (President, Vice President, Treasurer, Secretary, CFO, CEO or COO) of every corporate entity that is a party, shall attend the settlement conference."  [Dkt. 42 at 2.]  That motion is **GRANTED IN PART** and **DENIED IN PART**.  Defendant Trans Union, LLC is excused from having an officer of the corporation present during the course of the telephonic settlement conference, so long as the following conditions are satisfied:  (1) Defendant Trans Union, LLC must be represented at the settlement conference by an individual, other than its counsel of record in this case, with the complete, independent and discretionary authority to settle the case, in the representative's sole discretion, for an amount up to the Plaintiff's most recent settlement demand, as required by the Court's order setting the settlement conference, [Dkt. 42 at 1-2 & n.1]; (2) an individual must be present,

in person, for the settlement conference with the authority to execute any and all settlement documents on behalf of Defendant Trans Union, LLC, which individual may be its counsel of record; and (3) a corporate officer of Defendant Trans Union, LLC must be available by telephone during the course of the settlement conference in the event their participation in the conference is deemed necessary by the Magistrate Judge.  In the event Defendant Trans Union, LLC cannot or will not comply with the above stated conditions, then its motion is denied.

     SO ORDERED.

Dated:  5 JUN 2026

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.