UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

PHILLIP BARBER,                                    )
                                                   )
                        Plaintiff,                 )
                                                   )
            v.                                     )        No. 1:25-cv-01982-TWP-MJD
                                                   )
EXPERIAN INFORMATION SOLUTIONS, INC,               )
EQUIFAX INFORMATION SERVICES, LLC,                 )
TRANS UNION, LLC,                                  )
AMERICAN EXPRESS COMPANY,                          )
                                                   )
                        Defendants.                )

## ORDER

This matter comes before the Court on Defendant Experian Information Solutions, Inc.'s

Motion to Excuse Corporate Officer Attendance Requirement for the telephonic settlement

conference scheduled on June 12, 2026.  [Dkt. 68.] The motion seeks relief from the Court's

requirement that "unless excused by written order of the court,…an officer (President, Vice

President, Treasurer, Secretary, CFO, CEO or COO) of every corporate entity that is a party,

shall attend the settlement conference."  [Dkt. 42 at 2.]  That motion is **GRANTED IN PART**

and **DENIED IN PART**.  Defendant Experian Information Solutions, Inc. is excused from

having an officer of the corporation present during the course of the telephonic settlement

conference, so long as the following conditions are satisfied:  (1) Defendant Experian

Information Solutions, Inc. must be represented at the settlement conference by an individual,

other than its counsel of record in this case, with the complete, independent and discretionary

authority to settle the case, in the representative's sole discretion, for an amount up to the

Plaintiff's most recent settlement demand, as required by the Court's order setting the settlement

conference, [Dkt. 42 at 1-2 & n.1]; (2) an individual must be present, in person, for the settlement conference with the authority to execute any and all settlement documents on behalf of Defendant Experian Information Solutions, Inc., which individual may be its counsel of record; and (3) a corporate officer of Defendant Experian Information Solutions, Inc. must be available by telephone during the course of the settlement conference in the event their participation in the conference is deemed necessary by the Magistrate Judge.  In the event Defendant Experian Information Solutions, Inc. cannot or will not comply with the above stated conditions, then its motion is denied.

      SO ORDERED.

Dated:  5 JUN 2026

                         Mark J. Dinsmore
                         United States Magistrate Judge
                         Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.