**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

---

PHILLIP BARBER

                Plaintiff,            Civil Action No. 1:25-cv-01982-TWP-MJD

v.

EXPERIAN INFORMATION SOLUTIONS,
INC, et al
                Defendants.

---

## JOINT STIPULATION

    **NOW COMES** Plaintiff, Phillip Barber ("Plaintiff"), and Experian Information Solutions, Inc., ("Experian"), who file this Joint Stipulation in response to Defendant Experian's pending Motion to Compel Arbitration. Plaintiff and Experian have agreed to Stipulate to the following:

1. Plaintiff and Defendant Experian will both make their appearances in the upcoming Settlement Conference, held on June 12th at 9:00 am EST, and will make a good faith effort to resolve all claims between them at the Settlement Conference.

2. If Experian and Plaintiff cannot reach a settlement at the June 12th, 2026, Settlement Conference, Plaintiff will take the scheduled Deposition of Defendant Experian's corporate representative which is set on June 30th, 2026.

3. If the parties cannot reach a settlement within thirty (30) calendar days after the deposition of Experian's 30(b)(6) concluding, the Parties have stipulated that they will jointly request this Honorable Court to transfer this matter to binding arbitration.

4. The Parties agree that all negotiations taking place will be made in good faith and stipulate they will send this matter to Arbitration by July 30th, 2026, if Plaintiff's

deposition of Defendant Experian 30(b)(6) witness concludes on June 30th, 2026, as expected.

This Joint Stipulation does not impact Plaintiff's claims against any other Defendant.

Dated: June 5, 2026

Respectfully submitted,

| | |
|---|---|
| */s/Jonathan Raburn* | */s/ Anne L. Cowgur* |
| Jonathan Raburn | Monica S. McCoskey (IN 36892-53) |
| ATTORNEY FOR PLAINTIFF | Anne L. Cowgur (IN 21584-49) |
| Louisiana Bar Roll No. 28728 | PAGANELLI LAW GROUP |
| Raburn Kaufman, LLC | 10401 N. Meridian St., Suite 450 |
| 6108 Siegen Lane Suite B | Indianapolis, IN 46290 |
| Baton Rouge, Louisiana 70809 | Telephone: (317) 550-1855 |
| jraburn@raburnkaufman.com | Facsimile: (317) 569-6016 |
| Telephone: 225-412-2777 | Email: acowgur@paganelligroup.com |
| | monica@paganelligroup.com |
| | |
| | Counsel for Defendant Experian |
| | Information Solutions, Inc. |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 5th of June 2026, I electronically filed the foregoing with the Clerk of Court using CM/ECF, which will serve a copy of the aforesaid via Notice of Electronic Filing upon all parties of record.

*/s/Jonathan Raburn*
Jonathan Raburn
ATTORNEY FOR PLAINTIFF