**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

PHILLIP BARBER,

        Plaintiff,

   v.

EXPERIAN INFORMATION SOLUTIONS,
INC., EQUIFAX INFORMATION
SERVICES, LLC, TRANS UNION, LLC, and
AMERICAN EXPRESS COMPANY,

        Defendants.

Case No. 1:25-cv-01982-TWP-MJD

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to S. D. Ind. Local Rule 83-6(a), Eric F. Barton respectfully requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Equifax Information Services LLC in the above-styled cause only.  In support of this motion, the undersigned states:

1.     I am admitted to practice and in good standing (*i.e.,* currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s):

| Federal District Court | |
| --- | --- |
| **Court** | **Date/Year** |
| US District Court, Northern District of Georgia | 05/2004 |
| US District Court, Middle District of Georgia | 07/2004 |
| US District Court, Southern District of Georgia | 06/2019 |
| US District Court of Colorado | 10/2020 |
| **Federal Appellate Courts** | |
| **Court** | **Date/Year** |
| US Court of Appeals for the Second Circuit | 03/06/2024 |
| US Court of Appeals for the Third Circuit | 11/17/2021 |
| US Court of Appeals for the Fourth Circuit | 12/21/2023 |
| US Court of Appeals for the Fifth Circuit | 02/19/2025 |
| US Court of Appeals for the Eleventh Circuit | 03/01/2019 |
| Georgia Court of Appeals | 05/2004 |

| Supreme Court of Georgia | 05/2004 |
|---|---|

2.      I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3.      I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

4.      The administrative fees required to process this motion for admission *pro hac vice* will be paid to the Clerk of this Court via pay.gov at the time of filing this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this cause only.

DATED:  June 5, 2026

Respectfully submitted,

SEYFARTH SHAW LLP

By:  */s/ Eric F. Barton*
Eric F. Barton
ebarton@seyfarth.com
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, Georgia  30309-3958
Telephone:  (404) 885-1500
Facsimile:  (404) 892-7056

*Counsel for Defendant*
*Equifax Information Services LLC*

326424329v.1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 5, 2026, I presented the foregoing MOTION TO APPEAR

PRO HAC VICE with the Clerk of the Court using the CM/ECF system, which will send

notification of such filing to all counsel of record.

/s/ Eric F. Barton
Eric F. Barton, Esq.
*Counsel for Defendant*
*Equifax Information Services LLC*

326424329v.1