UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| PHILLIP BARBER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:25-cv-01982-TWP-MJD |
| | ) | |
| EXPERIAN INFORMATION SOLUTIONS, INC, | ) | |
| EQUIFAX INFORMATION SERVICES, LLC, | ) | |
| TRANS UNION, LLC, | ) | |
| AMERICAN EXPRESS COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause comes before the Court upon the motion for Grant Schnell to appear and participate *pro hac vice* as counsel for Defendant Experian Information Solutions, Inc. in the above-captioned cause only. [Dkt. 73.]  The Court, being duly advised, hereby **GRANTS** the Motion.

Applicant's contact information has been entered as follows:

Grant Schnell
Goodwin Procter LLP
1900 N Street NW
Washington, DC 20036
202-346-4000
Email: gschnell@goodwinlaw.com

SO ORDERED.

Dated:  8 JUN 2026

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.