UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

PHILLIP BARBER,                                    )
                                                   )
                    Plaintiff,                     )
                                                   )
            v.                                     )        No. 1:25-cv-01982-TWP-MJD
                                                   )
EXPERIAN INFORMATION SOLUTIONS, INC,               )
EQUIFAX INFORMATION SERVICES, LLC,                 )
TRANS UNION, LLC,                                  )
AMERICAN EXPRESS COMPANY,                          )
                                                   )
                    Defendants.                    )


**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause comes before the Court upon the motion for Eric F. Barton to appear and

participate *pro hac vice* as counsel for Defendant Equifax Information Services, LLC. in the

above-captioned cause only. [Dkt. 75.]  The Court, being duly advised, hereby **GRANTS** the

Motion.

Applicant's contact information has been entered as follows:

Eric F. Barton
Seyfarth Shaw LLP
1075 Peachtree Street, NE
Ste 2500
Atlanta, GA 30309
404-885-1500
Email: ebarton@seyfarth.com

SO ORDERED.

Dated:  8 JUN 2026        _____
                          Mark J. Dinsmore
                          United States Magistrate Judge
                          Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.