**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

PHILLIP BARBER,
     Plaintiff,

    vs.

EXPERIAN INFORMATION SOLUTIONS,
INC.; EQUIFAX INFORMATION SERVICES
LLC; TRANS UNION LLC; and AMERICAN
EXPRESS COMPANY;
     Defendants.

CASE NO. 1:25-cv-01982-TWP-MJD

Chief Judge Tanya Walton Pratt
Magistrate Judge Mark J. Dinsmore

**MOTION TO WITHDRAW APPEARANCE OF**
**KATHERINE CARLTON ROBINSON**

Comes now the undersigned counsel for Defendant Trans Union LLC, and hereby requests

that the Court withdraw her appearance for Defendant Trans Union LLC as she is no longer

counsel of record for Trans Union this case.  Trans Union LLC will continue to be represented in

this matter by Cassidy R. Hendrickson, Esq. of Quilling, Selander, Lownds, Winslett & Moser,

P.C.

Respectfully submitted,

*/s/ Katherine E. Carlton Robinson*
Katherine E. Carlton Robinson, Esq.
Trans Union LLC
555 W. Adams Street
Chicago, IL 60661
Telephone: (317) 954-0717
E-Mail: Katherine.carltonrobinson@transunion.com

*Counsel for Defendant Trans Union LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **10th day of June, 2026**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| Elizabeth A. Wells, Esq.<br>beth@burdgelaw.com | Jonathan Raburn, Esq.<br>jraburn@raburnkaufman.com |
| Kyle Kaufman, Esq.<br>kkaufman@raburnkaufmanc.com | Anne L. Cowgur, Esq.<br>acowgur@paganelligroup.com |
| Sylas A. Kern, Esq.<br>skern@seyfarth.com | Eric F. Barton, Esq.<br>ebarton@seyfarth.com |
| Cassidy R. Hendrickson, Esq.<br>Cassidy.hendrickson@qslwm.com | Hans W. Lodge, Esq.<br>hlodge@bm.net |
| Grant Schnell, Esq.<br>gschnell@goodwinlaw.com | Monica S. McCoskey, Esq.<br>monica@paganelligroup.com |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **10th day of June, 2026** properly addressed as follows:

| | |
|---|---|
| None. | |

*/s/ Katherine E. Carlton Robinson*
Katherine E. Carlton Robinson, Esq.
Trans Union LLC
555 W. Adams Street
Chicago, IL 60661
Telephone: (317) 954-0717
E-Mail: Katherine.carltonrobinson@transunion.com

*Counsel for Defendant Trans Union LLC*