**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

PHILLIP BARBER,

      Plaintiff,

    v.

EXPERIAN INFORMATION SOLUTIONS,
INC., EQUIFAX INFORMATION
SERVICES, LLC, TRANS UNION, LLC., and
AMERICAN EXPRESS COMPANY.

      Defendants.

Case No.: 1:25-cv-01982-TWP-MJD

**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER**

Plaintiff Phillip Barber and Defendants Experian Information Solutions, Inc., Equifax Information Services, LLC, and Trans Union, LLC, (collectively "the Parties"), by and through undersigned counsel, jointly move this Court for entry of a Stipulated Protective Order, modeled after this Court's Uniform Protective Order, pursuant to Federal Rule of Civil Procedure 26(c). In support, the Parties state as follows:

1. The Parties agree that during the course of discovery it may be necessary to disclose certain confidential information relating to the subject matter of this action. They agree that certain categories of such information should be treated as confidential, protected from disclosure outside this litigation, and used only for purposes of prosecuting or defending this action and any appeals. The Parties jointly request entry of the Stipulated Protective Order to limit the disclosure, dissemination, and use of certain identified categories of confidential information, and establish a procedure for disclosing confidential information and challenging confidentiality designations.

326511210v.1

2. The confidential information will likely include (1) proprietary information and nonpublic personal information of consumers; (2) customer information or personal information of third parties and/or the parties' employees; and (3) trade secrets, proprietary information or software, or Plaintiff's or Defendants' confidential business matters. Good cause exists for the entry of the Stipulated Protective Order to preserve the legitimate proprietary and privacy interests of sources of information that have not been released to the public and which the Parties may mutually seek production of through their respective discovery requests. If that information were generally known, it could adversely affect those entities' professional relationships, prospects, and reputation. Thus, the Parties have interests in maintaining the confidentiality of that information that substantially outweighs the public's right of access to judicial records.

3. The Parties agree that the Stipulated Protective Order submitted to the Court will prevent the disclosure of confidential matters to persons or entities other than those involved in the prosecution or defense of this litigation and will facilitate the exchange of information between the Parties.

4. The entry of the Stipulated Protective Order is not being requested for any improper purpose.

5. The Stipulated Protective Order is modeled after this Court's Uniform Protective Order. The Stipulated Protective Order does not include an Attorneys' Eyes Only designation. The Stipulated Protective Order includes the required language for Requests to Seal in Section VIII, pursuant to the Court's Order Regarding Protective Orders, entered on January 30, 2026 (ECF No. 36). The Parties made no other substantive changes to the Uniform Protective Order.

6. The Parties respectfully request relief from the Court's deadline to request a protective order. (*See* ECF No. 36 at 2.) To date, the Parties have cooperated extensively in

2

discovery.  For example, notwithstanding Experian's Motion to Compel Arbitration, (ECF No. 59), in which discovery would be governed by the rules of the American Arbitration Association, Experian has produced nearly 1,500 pages of documents and responded to five sets of written discovery requests and thus seeks to protect approximately eight of its documents under the Stipulated Protective Order. Equifax has also produced over 600 pages of documents and seeks to protect additional confidential policies and procedures documents. Similarly, Trans Union has produced nearly 600 pages of documents seeks to protect its confidential policies and procedures from other CRA Defendants.

WHEREFORE, Plaintiff Phillip Barber and Defendants Experian Information Solutions, Inc., Equifax Information Services, LLC, and Trans Union, LLC, respectfully and jointly request that the Court enter the Stipulated Protective Order, submitted to the Court as Exhibit 1 to this Motion.

Dated: June 10, 2026                               Respectfully submitted,


/s/Jonathan Raburn                          /s/ Cassidy R. Hendrickson
Jonathan Raburn                             Cassidy R. Hendrickson, Esq. (IN# 37712-41)
ATTORNEY FOR PLAINTIFF                       Quilling, Selander, Lownds, Winslett
Louisiana Bar Roll No. 28728                 & Moser, P.C.
Raburn Kaufman, LLC                         10333 North Meridian Street, Suite 200
6108 Siegen Lane Suite B                    Indianapolis, IN 46290
Baton Rouge, Louisiana 70809                Telephone: (317) 497-5600, Ext. 604
jraburn@raburnkaufman.com                   Fax: (317) 899-9348
Telephone 225-412-2777                      E-Mail:  Cassidy.hendrickson@qslwm.com

                                            *Counsel for Defendant Trans Union LLC*

3

/s/Monica S. McCoskey

Anne L. Cowgur (IN 21584-49)
Monica S. McCoskey (IN 36892-53)
PAGANELLI LAW GROUP
10401 N. Meridian St
Suite 450
Indianapolis, IN 46290
Telephone:    +1.317.550.1855
Facsimile:    +1.317.569.6016
acowgur@paganelligroup.com
monica@paganelligroup.com

*Counsel for Defendant*
*Experian Information Solutions, Inc.*

/s/Sylas A. Kern

Sylas A. Kern, Bar No. 37288-10
skern@seyfarth.com
SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, Illinois  60606-6448
Telephone:  (312) 460-5413
Facsimile:  (312) 460-7000

*Counsel for Equifax Information Services LLC*

4

326511210v.1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a copy of the foregoing has been filed electronically on this 10th day of June, 2026.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

<u>*/s/ Sylas A. Kern*</u>
Sylas A. Kern

*Counsel for Equifax Information Services, LLC*

326511210v.1