UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

PHILLIP BARBER,                                    )
                                                   )
                Plaintiff,                         )
                                                   )
        v.                                         )        No. 1:25-cv-01982-TWP-MJD
                                                   )
EXPERIAN INFORMATION SOLUTIONS, INC, )
EQUIFAX INFORMATION SERVICES, LLC,  )
TRANS UNION, LLC,                                  )
AMERICAN EXPRESS COMPANY,                          )
                                                   )
                Defendants.                        )

**ORDER**

This matter is before the Court on Motion to Withdraw Appearance of Katherine Carlton

Robinson. [Dkt. 78.]  The Court, being duly advised, hereby **GRANTS** the motion. The

appearance of Katherine Carlton Robinson on behalf of Defendant Trans Union, LLC is

**WITHDRAWN** and **TERMINATED**.

SO ORDERED.

Dated:  11 JUN 2026          _____

                             Mark J. Dinsmore
                             United States Magistrate Judge
                             Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.