**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

PHILLIP BARBER

                   Plaintiff,              Civil Action No. 1:25-cv-01982

v.

EXPERIAN INFORMATION SOLUTIONS,
INC, et al
                  Defendants.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO EQUIFAX INFORMATION SERVICES, LLC.

**NOW COMES** Plaintiff, Phillip Barber ("Plaintiff"), and Equifax Information Services, LLC ("Equifax"), by and through their undersigned counsel, and hereby jointly request that this Court dismiss, with prejudice, each claim and count therein asserted by Plaintiff against Equifax in the above- styled action, with Plaintiff and Equifax to bear their own fees, costs and expenses.

This Joint Stipulation does not impact Plaintiff's claims against any other defendant.

Respectfully submitted July 9, 2026.

<table>
<tr>
<td>

/s/Jonathan Raburn
Jonathan Raburn
ATTORNEY FOR PLAINTIFF
Louisiana Bar Roll No. 28728
Raburn Kaufman, LLC
6108 Siegen Ln Suite B
Baton Rouge, Louisiana 70809
jraburn@raburnkaufman.com
Telephone: 225-412-2777

</td>
<td>

/s/ Sylas A. Kern
Sylas A. Kern, Bar No. 37288-10
skern@seyfarth.com
SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
Telephone: (312) 460-5413
Facsimile: (312) 460-7000

*Counsel for Defendant*
*Equifax Information Services LLC*

</td>
</tr>
</table>

## **CERTIFICATE OF SERVICE**

   **I  HEREBY  CERTIFY**  that  on the 9th of July 2026, I electronically  filed  the

foregoing  with  the  Clerk of Court  using CM/ECF, which  will  serve  a  copy  of  the  aforesaid

via Notice of Electronic Filing upon all parties of record.


*/s/Jonathan Raburn*
Jonathan Raburn
ATTORNEY FOR PLAINTIFF